Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

OCT 16 2020

BY
DEPUTY_____

# UNITED STATES DISTRICT COURT
for the
_____ District of Texas
Houston Division

Case No. 1:20cv421
*(to be filled in by the Clerk's Office)*

Mordekija R. Hawkins
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☒ Yes ☐ No

-v-

Claim Administrator, Philip-Settlement Facility, Dow Corning Trust, Claimant Advisory Comm- mittee, Dow Corning Breast Implant Settlement Appointed by US District Court in Eastern Michigan
_____
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Alordelya P Hawkins
- Address: 735 Berkshire Place
  - City: Oxnard
  - State: California
  - Zip Code: 93033
- County: Ventura
- Telephone Number: 805 853 8797
- E-Mail Address: jimhawkins1938@outlook.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Claim Administrator – Philips – Settlement Facility
- Job or Title (if known): Dow Corning Trust – Administrator
- Address: P.O. Box 52429
  - City: Houston
  - State: Texas
  - Zip Code: 77052-2489
- County:
- Telephone Number:
- E-Mail Address (if known): info@afsct.com or www.dcsettlement.com
- [ ] Individual capacity  [x] Official capacity

**Defendant No. 2**
- Name: Claimant Advisory Committee
- Job or Title (if known): Appointed by the Court
- Address: P.O. Box 665
  - City: St. Mary's
  - State: OH
  - Zip Code: 45885
- County:
- Telephone Number: 419 394-0717
- E-Mail Address (if known): info@tortcomm.org
- [ ] Individual capacity  [x] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
   Name
   Job or Title *(if known)*
   Address

   N/A

   _____ _____ _____
   City             State           Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

   N/A

   _____ _____ _____
   City             State           Zip Code

   County
   Telephone Number
   E-Mail Address *(if known)*

   ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

   ☐ Federal officials (a *Bivens* claim)

   ☒ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

   I was deprived of my civil right when to collect the award court in the settlement facility after all complying to the rules and laws that govern my legal claim telling me I am not qualified or my claim was denied even I send all that required proof and complied to the rules of their filing the only give me is the plantation expenses of 3,000 dollars and 1,000 for percentage award the rest told me I was denied. My case is closed.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed. After complying to submit the proof of my manufacturer and was identified my implant they denied my claim. All the disease of my medical record and the lab and x-ray the diagnosis of a qualified doctors in specialist like rheumatology all has been submitted and signed by the doctor, the medical records this is complete and the proof of manufacturer still they denied me for payment. I believe all this pain and suffering this claim administrator and the claimant committee is accountable for their action.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? After all been submitted my medical explantation proof and the one who identified who manufacture my breast silicone Dow Corning breast implant Dr. Scienthia Dr. Blais from Canada. And the doctor who performed my surgery Barrett in Florida still the Dow Corning facility settlement facility deny me on my claim even I have a claim from bankruptcy no. still I am denied and never received a payment under my disease claim.

B. What date and approximate time did the events giving rise to your claim(s) occur? Since 2008 or 2010 up to this time everytime I call they won't answer my call in CAC in Dow Corning settlement facility even I call or write me a letter telling my claim is denied and closed.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)* The hardship I am going through the pain that I am suffering due to the illness I develop is so much I could hardly walk without the cane and other support, this lupus & scleroderma is affecting any organ of my body, my back, my hips, my hearing, my eyesight is affecting the disease I develop from the breast implant and all this medical record diagnosis of specialist been submitted X-ray all proof. I believe with Real hardest thing is happening still disqualified and their accountable for their denial because I could not even buy supplement to support my over the counter medication and any order that will help my pain.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

All this medical record from South Carolina to California the injury I am suffering cause by the breast implants and even all this diagnosis that I am entitled for that money because of what disease I developed and what I am going through but this Dow Corning administrator keep denying me for the money that by law I am entitled and awarded by court to my claim.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

All this hardship and the pain and suffering I am having and still denied I pray to the court for justice to my case, loss of consortium, mental anguish, pain and suffering, mental anguish and distress I pray to the court for relief that I am going through for denied award that I am entitled so I can buy some other over the counter medical relief that Medicare and medical won't cover. I am praying for two million dollars and I ask for jury trial to get justice. That this people discriminate me because maybe I am totally helpless disabled and Oriental that maybe that is the reason why they keep denying my claim.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: October 13, 2020

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: FLORDELIZA A. HAWKINS

### B. For Attorneys

Date of signing: No Attorney

Signature of Attorney: not represented
Printed Name of Attorney: by an Attorney
Bar Number:
Name of Law Firm: N/A
Address: N/A
City / State / Zip Code
Telephone Number: N/A
E-mail Address: N/A

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Hawkins, Klordeliza, A

**DEFENDANTS**
Claim Administrators Dow Corning Facility Dow Corning Trust - Claimant Advisory Committee.

(b) County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Houston, Texas
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*  No Attorney

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [x] 4 |
| Citizen of Another State | [x] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- 110 Insurance
- 120 Marine
- 130 Miller Act
- 140 Negotiable Instrument
- 150 Recovery of Overpayment & Enforcement of Judgment
- 151 Medicare Act
- 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- 153 Recovery of Overpayment of Veteran's Benefits
- 160 Stockholders' Suits
- 190 Other Contract
- 195 Contract Product Liability
- 196 Franchise

**TORTS — PERSONAL INJURY**
- 310 Airplane
- 315 Airplane Product Liability
- 320 Assault, Libel & Slander
- 330 Federal Employers' Liability
- 340 Marine
- 345 Marine Product Liability
- 350 Motor Vehicle
- 355 Motor Vehicle Product Liability
- 360 Other Personal Injury
- 362 Personal Injury - Medical Malpractice

**TORTS — PERSONAL INJURY**
- 365 Personal Injury - Product Liability
- 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- 370 Other Fraud
- 371 Truth in Lending
- 380 Other Personal Property Damage
- 385 Property Damage Product Liability

**REAL PROPERTY**
- 210 Land Condemnation
- 220 Foreclosure
- 230 Rent Lease & Ejectment
- 240 Torts to Land
- 245 Tort Product Liability
- 290 All Other Real Property

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- 441 Voting
- 442 Employment
- 443 Housing/ Accommodations
- 445 Amer. w/Disabilities - Employment
- 446 Amer. w/Disabilities - Other
- 448 Education

**PRISONER PETITIONS — Habeas Corpus:**
- 463 Alien Detainee
- 510 Motions to Vacate Sentence
- 530 General
- 535 Death Penalty

**Other:**
- 540 Mandamus & Other
- 550 Civil Rights
- 555 Prison Condition
- 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- 625 Drug Related Seizure of Property 21 USC 881
- 690 Other

**LABOR**
- 710 Fair Labor Standards Act
- 720 Labor/Management Relations
- 740 Railway Labor Act
- 751 Family and Medical Leave Act
- 790 Other Labor Litigation
- 791 Employee Retirement Income Security Act

**IMMIGRATION**
- 462 Naturalization Application
- 465 Other Immigration Actions

**BANKRUPTCY**
- 422 Appeal 28 USC 158
- 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- 820 Copyrights
- 830 Patent
- 835 Patent - Abbreviated New Drug Application
- 840 Trademark
- 880 Defend Trade Secrets Act of 2016

**SOCIAL SECURITY**
- 861 HIA (1395ff)
- 862 Black Lung (923)
- 863 DIWC/DIWW (405(g))
- 864 SSID Title XVI
- 865 RSI (405(g))

**FEDERAL TAX SUITS**
- 870 Taxes (U.S. Plaintiff or Defendant)
- 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- 375 False Claims Act
- 376 Qui Tam (31 USC 3729(a))
- 400 State Reapportionment
- 410 Antitrust
- 430 Banks and Banking
- 450 Commerce
- 460 Deportation
- 470 Racketeer Influenced and Corrupt Organizations
- 480 Consumer Credit (15 USC 1681 or 1692)
- 485 Telephone Consumer Protection Act
- 490 Cable/Sat TV
- 850 Securities/Commodities/ Exchange
- 890 Other Statutory Actions
- 891 Agricultural Acts
- 893 Environmental Matters
- 895 Freedom of Information Act
- 896 Arbitration
- 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Violation of my Civil Rights - 1140
Brief description of cause: Depriving me the money that Court awarded on breast implant claim; Discriminate me by telling me I am not entitled even after the proof and Court decision

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ 2,000,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [x] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*  DNCF 065280, PDC# 0029240-00 Claim no. 6184621-SID
JUDGE  Case no. 95-20512
DOCKET NUMBER _____

DATE  October 13, 2020

SIGNATURE OF ATTORNEY OF RECORD  PRO SE - Hawkins Klordeliza A Hawkins

**FOR OFFICE USE ONLY**

RECEIPT #  AMOUNT  APPLYING IFP  JUDGE  MAG. JUDGE




U.S. POSTAGE PAID
FCM LG ENV
OXNARD, CA
93033, 3.20
AMOUNT
$8.00
R2304H108061-13

77701

7020 0090 0001 2909 3545

TO: Clerk of Court
United States District Court
Jack Brooks Federal Building
300 Willow Street Suite 104
Beaumont, Texas 77701

CLERK, U.S. DISTRICT COURT
RECEIVED
OCT 16 2020
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

FROM: Flordeliza A. Hawkins
735 Berkshire Place
Oxnard, California
93033-7749